## KELLY v. JOHNSTON, Warden.

Circuit Court of Appeals, Ninth Circuit.

June 24, 1938.

Walter Kelly, in pro. per.

No other appearances.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Petitioner seeks to appeal in forma pauperis from an order of the trial court denying his application for writ of habeas corpus and certifying that the grounds of the application were frivolous in their nature, without merit, and not in good faith. Leave to proceed in forma pauperis cannot

be granted in view of the certificate of the trial court. 28 U.S.C.A. § 832; Stanley v. Swope, 9 Cir., 99 F.2d 308, April 12, 1938.